IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRY DWIGHT WISE,<br><br>      Petitioner,<br> vs.<br><br>EDWARD ALAMEIDA, et al.,<br><br>      Respondent. | Case No. CV F-01-5560 JKS<br><br>**JUDGMENT<br>IN A § 2254 CASE** |

\_\_\_\_ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_ **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's application for post-conviction relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:


 /s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
 United States District Judge


| | |
|---|---|
| 08/05/05 | Jack L. Wagner |
| Date | Clerk |
| | |
| | R. Balli |
| | (By) Deputy Clerk |